IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01826-WDM-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION.

Plaintiff(s),

v.

CENTURA HEALTH CORPORATION,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that Kristina Siebert's Application for Intervention by Kristina Siebert and Certificate of Compliance with D.C. COLO.LCivR 7.1 A (docket no. 2) is GRANTED. The court finds that Kristina Siebert has a right to intervene in this case pursuant to 42 U.S.C. § 2000e-5(f)(1) and further finds that no party has filed any response to this application (motion). Ms. Siebert is permitted to intervene in this case. The Plaintiff-Intervenor Kristina Siebert's Intevenor's Complaint and Jury Trial Demand is accepted for filing today.

Date:  January 11, 2006