IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01826-WDM-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION.

Plaintiff(s),

v.

CENTURA HEALTH CORPORATION,

Defendant(s).

MINUTE ORDER

It is hereby **ORDERED** that the Plaintiff-Intervenor, Kristina Siebert's Motion to Amend Complaint by Plaintiff-Intervenor Siebert and Certificate of Compliance with D. Colo.L.R. [sic] 7.1 A (docket no. 15) is **GRANTED.**

It is **FURTHER ORDERED** that Plaintiff-Intervenor, Kristina Siebert shall forthwith re-file, consistent with this court's e-filing requirements, the Intervenor's Amended Complaint and Jury Trial Demand so that it can be given a proper docket number.

It is **FURTHER ORDERED** that the Plaintiff-Intervenor Siebert shall use the proper case number on all future documents filed with this court.  The proper case number is: **05-CV-01826-WDM-MJW.**  The Plaintiff-Intervenor Siebert shall also use the proper local rule citation of D.C.COLO.LCivR and not D.Colo.L.R.

Date: March 28, 2006