IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01826-WDM-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

And

KRISTINA SIEBERT

Intervenor-Plaintiff,

v.

CENTURA HEALTH CORPORATION d/b/a Colorado Sports and Spine Center,

Defendant.

(Docket no. 23)

## ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

This matter having come before the Court upon Defendant's Unopposed Motion to Amend Scheduling Order to reschedule the Settlement Conference currently set for May 10, 2006 at 10:30 a.m., and the Court having review the Motion and its file and being fully advised,

IT IS HEREBY ORDERED that the Motion is granted. The ~~Scheduling~~ Settlement Conference currently set for May 10, 2006 at 10:30 a.m. is vacated and rescheduled to June 13, 2006 at 3:30 p.m.

IT IS FURTHER ORDERED that the parties shall submit confidential settlement statements to the Magistrate by June 8, 2006.

DONE this 13th day of April, 2006.

BY THE COURT:

/s/ Michael J. Watanabe

~~U.S. District Court Judge~~

4828-5868-8256.1

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE