IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:05-cv-01826-WDM-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

                      Plaintiff,

and

KRISTINA SIEBERT,

                      Plaintiff-Intervenor,

    v.

CENTURA HEALTH CORPORATION d/b/a Colorado Sports and Spine Center,

                      Defendant.

---

MODIFIED ~~PROPOSED~~ ORDER
(Docket No. 37)

---

It is hereby ORDERED that SCHEDULING ORDER BE AMENDED as follows:

### 7. CASE PLAN AND SCHEDULE

    b.    Discovery Cut-off: September 25, 2006

    c.    Dispositive Motion Deadline: October 25, 2006

    d.    Expert Witness Disclosure

        (3)    The parties shall designate all experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before July 24, 2006.

        (4)    The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before August 25, 2006.

DATED this 19th day of June 2006.

BY THE COURT:

_____
United States Magistrate Judge Michael J. Watanabe