**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:05-cv-01826-WDM-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

                        Plaintiff,

and

KRISTINA SIEBERT,

                        Plaintiff-Intervenor,

    v.

CENTURA HEALTH CORPORATION d/b/a Colorado Sports and Spine Center,

                        Defendant.

---

## ORDER

---

It is hereby ORDERED that the Plaintiffs' Second Motion to Amend Scheduling Order, (DN 41) filed with the Court on July 24, 2006, is GRANTED. The SCHEDULING ORDER is AMENDED as follows:

### 7. CASE PLAN AND SCHEDULE

    d.    Expert Witness Disclosure

    *(3)    The parties shall designate all experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before* August 8, 2006.

DATED this 26th Day of July, 2006.

                        BY THE COURT:

                        Michael J. Watanabe
                        United States Magistrate Judge