IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-01826-WDM-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

KRISTINA SIEBERT,

    Plaintiff - Inetervenor

v.

CENTURA HEALTH CORPORATION d/b/a Colorado Sports and Spine Center,

    Defendant.
_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiffs' motion to strike (Docket No. 55) is granted.  Defendant's motion for summary judgment and supporting brief (Docket Nos. 50 & 51) are stricken for failure to comply with my Pretrial and Trial Procedures 6.3.  Defendant may file a proper motion on or before December 4, 2006.  Plaintiff's motion for extension of time (Docket No. 56) is denied as moot.

Dated November 16, 2006

                                          /s/ Walker D. Miller
                                          United States District Judge