IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01826-WDM-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION.

Plaintiff(s),

v.

CENTURA HEALTH CORPORATION,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Joint Motion to Vacate Pretrial Conference (docket no. 86) is GRANTED.  The Pretrial Conference set on March 27, 2007, at 9:00 a.m., is VACATED and RESET on April 23, 2007, at 9:00 a.m.  The parties shall file their proposed Final Pretrial Order with the court five (5) days prior to the Final Pretrial Conference consistent with the e-filing requirements of this court.

Date:  March 7, 2007